UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| HUNTER MCCANN, | Case No.: 2:24-cv-00128-APG-DJA |
|---|---|
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| JARET KYLE STERN, | |
| Defendant | |

I ORDER that plaintiff Hunter McCann's certificate of interested parties (ECF No. 12) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify the citizenship of plaintiff Hunter McCann as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by March 19, 2024.

DATED this 7th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE