**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HUNTER MCCANN,<br><br>　　Plaintiff<br><br>v.<br><br>JARET KYLE STERN,<br><br>　　Defendant | Case No.: 2:24-cv-00128-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

　　I ORDER that defendant Jaret Stern's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Jaret Stern as required by that rule.

　　I FURTHER ORDER the defendant to file a proper certificate of interested parties by March 29, 2024.

　　DATED this 19th day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE