Sheri M. Thome, Esq.
Nevada Bar No. 8657
Mark C. Severino, Esq.
Nevada Bar No. 14117
Tania G. Bonilla, Esq.
Nevada Bar No. 15703
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400; Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Mark.Severino@wilsonelser.com
Email: Tania.Bonilla@wilsonelser.com
*Attorneys for Defendant Jaret Kyle Stern*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HUNTER MCCANN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JARET KYLE STERN; DOES 1 through 100, and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00128-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

TO:   ALL INTERESTED PARTIES:

Plaintiff Hunter McCann ("Plaintiff") and Defendant Jaret Kyle Stern ("Defendant") hereby stipulate and agree to the dismissal of Plaintiff's claims in the above-captioned action against Defendant, with prejudice, with each party to bear their own attorney's fees, costs, and interest.

DATED this 11th day of December, 2024.                    DATED this 11th day of December, 2024.

**SOS INJURY LAWYERS**                                                      **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

BY: */s/ Ryan Saldanha*                                                        BY: */s/ Mark C. Severino*
    Michael Sanft, Esq.                                                                Sheri M. Thome, Esq.
    Nevada Bar No. 8245                                                            Nevada Bar No. 8657
    Kristian T. Kaskla, Esq.                                                          Mark C. Severino, Esq.
    Nevada Bar No. 14553                                                          Nevada Bar No. 14117
    Ryan Saldanha, Esq.                                                              Tania G. Bonilla, Esq.
    Nevada Bar No. 14946                                                          Nevada Bar No. 15703
    411 East Bonneville Avenue, Suite 360                              6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89101                                                    Las Vegas, Nevada 89119
    *Attorneys for Plaintiff Hunter McCann*                              *Attorneys for Defendant Jaret Kyle Stern*

305609892v.1

## **ORDER**

Upon stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant in the above-captioned action shall be dismissed with prejudice, with each side to bear their own attorney's fees, costs, and interest.

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 12, 2024

305609892v.1